1  James H. Shalek (SBN 82800)
   PROSKAUER ROSE LLP
2  1585 Broadway
   New York, NY 10036-8299
3  Tel. (212) 969-3000 / Fax (212) 969-2900
   JShalek@proskauer.com
4
   Jonathan E. Rich (SBN 187386)
5  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
6  Los Angeles, California 90067-3206
   Tel. (310) 557-2900 / Fax. (310) 557-2193
7  JRich@proskauer.com

8  Attorneys for Defendant/Counterclaim-Plaintiff,
   ShoreTel Inc.
9

10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14 | RATES TECHNOLOGY, INC., a Delaware Corporation, | Case No. C 07-1830 MHP
15 |                                                 |
   | Plaintiff/Counterclaim-Defendant,              | **STIPULATED ORDER OF DISMISSAL**
16 |                                                 |
   | vs.                                             |
17 |                                                 |
   | SHORETEL INC., a California Corporation,        |
18 |                                                 |
   | Defendant/Counterclaim-Plaintiff.               |
19

20

21

22

23

24

25

26

27

28

**STIPULATED ORDER OF DISMISSAL**
Case No. C 07-1830 MHP

## STIPULATED ORDER OF DISMISSAL

Plaintiff/Counterclaim-Defendant, Rates Technology Inc., and Defendant/Counterclaim-Plaintiff, ShoreTel, Inc., by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1), state that the parties hereto have entered into a settlement agreement, and pursuant to that agreement stipulate that the "Complaint for Infringement" and the "Answer to Complaint With Jury Demand and Counterclaim," and all other claims and counterclaims that have been raised in this action be dismissed, with prejudice, each party to bear its own costs, expenses, and attorney fees.

Dated: May 2⁄, 2007

STIPULATED AND AGREED TO:

_____

James H. Shalek (SBN 82800)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Tel. (212) 969-3000
Fax (212) 969-2900
JShalek@proskauer.com

Jonathan E. Rich (SBN 187386)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Tel. (310) 557-2900
Fax. (310) 557-2193
JRich@proskauer.com

*Attorneys for Defendant/Counterclaim-Plaintiff,*
ShoreTel, Inc.

_____

James B. Hicks, Esq.
Gary L. Park, Esq.
824 Wilshire Blvd., Suite 300
Los Angeles, CA 90017
Tel: (213) 612-0007
Fax: (213) 612-0373
jhicks@hicksparklaw.com
gpark@hicksparklaw.com

*Attorneys for Plaintiff/Counterclaim-Defendant,*
Rates Technology Inc.

1
2
3    SO ORDERED by the Court this 31st day of May _____ 2007.
4
5
6
7                                              IT IS SO ORDERED
8
9                                              Judge Marilyn H. Patel
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ii

**STIPULATED ORDER OF DISMISSAL**
Case No. C 07-1830 MHP

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 824 Wilshire Blvd., Suite 300, Los Angeles, California 90017.

On May 31, 2007, I served the foregoing document on the interested parties in this action by placing [ ] the original **[X]** a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| James H. Shalek, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | Jonathan E. Rich, Esq.<br>Proskauer Rose LLP<br>2049 Century Park East, 32d floor<br>Los Angeles, CA 90067-3206 |

**[X]    BY MAIL**
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ]    BY PERSONAL SERVICE**
I caused WORLD WIDE ATTORNEY SERVICES, INC., to personally deliver such envelopes by hand to the offices and/or resident addresses of the persons on the attached list.

**[ ]    BY FAX**
I faxed such documents pursuant to Los Angeles County Rules of Court, Section 520(c)(4), to the fax number(s) listed on the attached service mailing list.

**[ ]    BY FEDERAL EXPRESS**
I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive, a copy of the document described above together with an unsigned copy of this declaration, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, addressed as per the attached mailing list.

Executed on May 31, 2007, at Los Angeles, California.

**[X]    FEDERAL**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

DIANE MILLER

STIPULATION RE DISMISSAL
Case No. C-07-1830 MHP